UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X     21-CV-8610 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated          BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Daphne Brown
BANKRUPTCY DOCUMENT #: 9545

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     _X_   FRBP 8009
     ___   Federal Rules of Civil Procedure (Rule _____)
     _X_   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___   Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
           York.

Dated:   **June 23, 2022**                               Vito Genna, Clerk
        New York, New York                 U.S. Bankruptcy Court, SDNY

                                                                         By:   _s/ Anatin Rouzeau_
                                                                                Deputy Clerk

### ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 23_____ 20_22_          _____
        New York, New York                         Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____            Ruby J. Krajick , Clerk
                                                           District Court, SDNY

                                                                       By: _____
                                                                              Deputy Clerk